# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2022

## NO.  03-22-00029-CR

**Lamont Alva Scrutchens, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES GOODWIN, BAKER AND KELLY
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment adjudicating guilt entered by the trial court.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment.  Therefore, the Court affirms the trial court's judgment adjudicating guilt. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.